UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JEREMIAH YOUNG,

Plaintiff,

Case No. 3:26-cv-43

vs.

BARBARA P. GORMAN, *et al.*,

Defendants.

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 8); (2) DENYING PLAINTIFF'S *IN FORMA PAUPERIS* APPLICATION; (3) DISMISSING THIS CASE WITHOUT PREJUDICE IN ITS ENTIRETY; (4) DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS MOOT (Doc. No. 5); (5) CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH; (6) DENYING PLAINTIFF LEAVE TO APPEAL *IN FORMA PAUPERIS*; AND (7) TERMINATING THIS CASE ON THE DOCKET**

---

Plaintiff Jeremiah Young brings this case *pro se*[1] under an application to proceed *in forma pauperis* ("IFP") against Defendants Barbara P. Gorman, Mary Wiseman, Alan D. Gabel, Michele Phipps and Charles W. Slicer, III. Doc. No 1-1. Magistrate Judge Peter B. Silvain, Jr. issued a Report and Recommendation ("R&R") in which he recommended that the Court deny Plaintiff's IFP application, dismiss the case without prejudice for failure to prosecute and failure to comply with a court order, deny Plaintiff's motion for default judgment (Doc. No. 5) as moot and certify that an appeal would not be taken in good faith. Doc. No. 8. Plaintiff has not filed objections to the R&R and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Upon careful review of the foregoing, the Court determines the R&R is well-reasoned and should be adopted. *See Rhines v. Weber*, 544 U.S. 269 (2005).

---

[1] As with all *pro se* litigants, Plaintiff's documents and allegations are liberally construed in his favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).

Accordingly, the Court **ADOPTS** the R&R of the Magistrate Judge, **DENIES** Plaintiff's IFP application and **DISMISSES** this case **WITHOUT PREJUDICE**. Additionally, the Court **DENIES AS MOOT** Plaintiff's motion for default judgment. Finally, pursuant to 28 U.S.C. § 1915(a), the Court **CERTIFIES** that an appeal would not be taken in good faith and accordingly **DENIES** Plaintiff leave to appeal *in forma pauperis*. This case is **TERMINATED** on the docket.

**IT IS SO ORDERED.**

August 19, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge